

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00666-CV

Rebeca Jo **STEVENS**,
Appellant

v.

Joseph "Harry" **SHAFFIELD**, III, and Jane Holinka, as Attorney-in-Fact for Joseph "Harry" Shaffield, III,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-553
Honorable Bill R. Palmer, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: November 21, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id*. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM